IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TINDELL INVESTMENTS AND                                         PLAINTIFF
PROPERTIES, LLC

v.                                              CAUSE NO. 1:23CV359-LG-BWR

STATE FARM FIRE AND
CASUALTY COMPANY, AND
JOHN AND JANE DOE
DEFENDANTS 1–5                                                  DEFENDANTS

### ORDER REQUIRING PLAINTIFF TO FILE
### RULE 7.1(a)(2) DISCLOSURE STATEMENT

Defendant State Farm Fire and Casualty Company ("State Farm") removed this case from the Circuit Court of Harrison County, Mississippi, First Judicial District, to this Court on the basis of diversity jurisdiction on December 13, 2023. The Federal Rules of Civil Procedure require the parties to a lawsuit filed in federal court on the basis of diversity jurisdiction to file a disclosure statement that names and identifies the citizenship "of every individual or entity whose citizenship is attributed to that party or intervenor." Fed. R. Civ. P. 7.1(a)(2).

Each party was required to file this statement "with its first appearance, pleading, petition, motion, response, or other request addressed to the court." Fed. R. Civ. P. 7.1(b). Since all of the parties have made an appearance in this case, the Court finds that Plaintiff should now be required to provide disclosure statements addressing its member's citizenship. The Court further reminds the parties that citizenship, not residence, is the pertinent inquiry for determining diversity of citizenship. *See J.A. Masters Invs. v. Beltramini*, 117 F.4th 321, 322 (5th Cir. 2024)

("While the underlying pleadings mentioned the *residence* of each party, they did not specifically identify the *citizenship* of each party—a common yet unfortunate mistake when invoking a federal court's diversity jurisdiction.").  Therefore, Plaintiff's disclosure that its sole member is a Mississippi resident does not settle the diversity of citizenship inquiry.  *See* [6].

**IT IS THEREFORE ORDERED AND ADJUDGED** that, on or before **November 7, 2024**, the Plaintiff must file disclosure statements pursuant to Fed. R. Civ. P. 7.1(a)(2).

**SO ORDERED AND ADJUDGED** this the 1st day of November, 2024.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE