## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**TINDELL INVESTMENTS AND PROPERTIES, LLC**     **PLAINTIFF**

**v.**     **CAUSE NO. 1:23CV359-LG-BWR**

**STATE FARM FIRE AND CASUALTY COMPANY, AND JANE AND JOHN DOE DEFENDANTS 1–5**     **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of the remaining claims in this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 4th day of November, 2024.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE